# APPLICATION TO PROCEED IN FORMA PAUPERIS

Name: Nitta Moses

**Employment Status:**

Employer: _IHG Hotel group_

Monthly income: _$2,600_

**Assets:**

Cash on hand: _$50_

Bank balance: _$202⁰⁰_

**Monthly Expenses:**

Rent: _$ 1833_

Utilities: _300_

Food/transportation: _$200_

**Declaration:**

I cannot afford to pay the filing fee and request permission to proceed without prepayment.

Signature: _[signature]_

Date: _Feb 27, 2026_

FILED

MAR 02 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

SA26CA1705 JKP